DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHA-PAT D. WILLIAMS, | )<br>) |
| Plaintiff, | ) Case No: 2:14-cv-00006-GMN-VCF<br>) |
| v. | )<br>) |
| ROBERT EMMET HUNT, | )<br>) |
| Defendants. | )<br>) |

### **NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT**

The United States hereby notifies Plaintiff and the Court that because the United States Attorney has certified that named Defendant Robert Emmet Hunt was a federal employee and was acting in the course and scope of his employment at all times relevant to the events alleged in Plaintiff's Complaint (ECF #1, Exh. B), this action "shall be deemed to be an action or proceeding brought against the United States . . . and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2).

Based on the foregoing, the United States Attorney's certification automatically makes the United States the Defendant in this case and the caption to this case should be amended by removing Defendant Robert Emmet Hunt and substituting the United States as the defendant.

Respectfully submitted this 21st day of January 2014.

DANIEL G. BOGDEN
United States Attorney

 */s/Justin Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

DATED: 1-22-2014

2

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT** on this date by the below identified method of service:

**U.S. Mail:**

Justin G. Randall
Glen Lerner Injury Attorneys
4795 South Durango Drive
Las Vegas, Nevada 89147
jrandall@glenlerner.com

*Attorneys for Plaintiff.*

DATED this 21st day of January 2014.

                                             */s/ Justin E. Pingel*
                                             JUSTIN E. PINGEL
                                             Assistant United States Attorney